```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN MURPHY

                Plaintiff,

     - against -

TALOS ENERGY INC., et al.,

                Defendants.

---

23 Civ. 546 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of the above-captioned matter, the Court notes that plaintiff John Murphy ("Plaintiff") filed this action on January 23, 2023, but has taken no action since the matter was assigned to this Court on January 24, 2023. The public file for this case contains no record that service of process on the defendants has been made. Accordingly, it is hereby

**ORDERED** that Plaintiff shall inform the Court within fourteen (14) days of the date of this Order with regard to the status of this matter and Plaintiff's contemplation concerning further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:    17 August 2023
             New York, New York

                                                              _____
                                                                Victor Marrero
                                                                   U.S.D.J.